# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LOUISIANA WORKERS'                                        NO.   2023 CW 0682
COMPENSATION CORPORATION

VERSUS

STEVENS CONSTRUCTION &
DESIGN, L.L.C., AKA STEVENS
CONSTRUCTION, L.L.C., AND                    **SEPTEMBER 25, 2023**
ADAM STEVENS

---

In Re:    Stevens  Construction  &  Design,  L.L.C.  and  Adam
          Stevens,  applying for supervisory writs,  19th Judicial
          District  Court,  Parish  of  East  Baton  Rouge,  No.
          720730.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT NOT CONSIDERED.** The writ application fails to include
the pertinent court minutes in violation of Uniform Rules of
Louisiana Courts of Appeal, Rule 4-5(C)(10).   In addition, this
court requires the transcript of the pertinent hearing.

Supplementation  of  this  writ  application  and/or  an
application for rehearing will not be considered.   Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 and 4-9.

If relators seek to file a new application with this court,
it  must  contain  all  pertinent  documentation,  including  all
information  to  show  the  timeliness  of  the  original  writ
application,  the missing item(s) noted above, and must comply
with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.
Any new application must be filed on or before October 25, 2023,
and must contain a copy of this ruling.

                         JMG
                         WRC
                         WIL

COURT OF APPEAL, FIRST CIRCUIT

_a.s.D_
_____
     DEPUTY CLERK OF COURT
       FOR THE COURT